UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PENSION FUND OF CEMENT MASONS UNION LOCAL NO. 502 *et al.* | )<br>)<br>) |
| Plaintiffs, | ) CASE NO.: 24-cv-11024<br>)<br>) JUDGE: MATTHEW F. |
| vs. | ) KENNELLY<br>) |
| AJ TRUCKING, LLC, an Illinois Limited Liability Company, and JONATHAN MORRIS, an individual, | ) MAG. JUDGE: SHEILA M.<br>) FINNEGAN<br>) |
| Defendants. | ) |

**MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANT AJ TRUCKING, LLC ONLY**

Now come Plaintiffs, the PENSION FUND OF CEMENT MASONS UNION LOCAL NO. 502 *et al.,* by and through their attorneys, JOHNSON & KROL, LLC, and move this Honorable Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure to enter a Default Judgement against Defendant AJ TRUCKING, LLC ("AJ Trucking"), as follows:

1. On October 28, 2024, Plaintiffs filed their Complaint in this matter. The Complaint contains two (2) counts. The first count is a claim for breach of the Collective Bargaining Agreement ("CBA") and Declarations of Trust Agreements ("Trust Agreements") against AJ Trucking. The second count is a claim for breach of the CBA and Memorandum of Agreement ("MOU") against Defendant JONATHAN MORRIS ("Morris"). (Docket No. 1).

2. As of today's date, Plaintiffs have been unable to serve Defendant Morris. Therefore, Plaintiffs are not asking this Court to enter a default judgment against Defendant Morris as a part of this Motion.

3. On October 28, 2024, the Clerk of the U.S. District Court for the Northern District of Illinois issued a Summons as to AJ Trucking.

4. On October 29, 2024, the Summons and Complaint were served upon Defendant AJ Trucking via corporate service by leaving true and correct copies of said documents with the document processor for the Illinois Corporation Service Company, the Registered Agent of AJ Trucking. (Docket No. 7).

5. On November 26, 2024, Plaintiffs filed a Motion for Entry of Default (Docket No. 8).

6. On November 27, 2024, this Court entered a default against Defendant AJ Trucking pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (Docket No. 9).

7. As of this filing, Defendant AJ Trucking has not filed an Answer to Plaintiffs' Complaint, nor has it sought to vacate the entry of default.

8. This Court may render a default judgment against any party who has not filed a responsive pleading or otherwise defended the suit. (Fed. R. Civ. P. 55(b)(2)).

9. For work performed during the month of April 2024, AJ Trucking failed to pay contributions and dues to the Funds and Union, which resulted in the assessment of liquidated damages, in the total amount of $21,951.94, as itemized below:

| Month: | Contributions & Dues: | Liquidated Damages: | Total: |
|---|---|---|---|
| April 2024 | $19,088.64 | $2,863.30 | **$21,951.94** |

(Certification of Lawrence J. Picardi Jr. is attached as **Exhibit 1**).

10. For work performed during the month of May 2024, AJ Trucking paid the contributions and dues to the Funds and Union after the due date. As a result, AJ Trucking owes $1,342.17 in liquidated damages to the Funds and Union. (**Exhibit 1**).

11. Plaintiffs have been required to employ the undersigned counsel to collect the contributions and dues, along with resulting liquidated damages that are due and owing from AJ Trucking.

12. Pursuant to the Collective Bargaining Agreement, Trust Agreements and 29 U.S.C. § 1132(g)(2)(D), AJ Trucking is obligated to pay the reasonable attorney's fees and court costs incurred by Plaintiffs.

13. To date, Plaintiffs have expended $5,661.09 in reasonable attorney's fees and court costs. (Affidavit of Attorney's Fees and Costs is attached as **Exhibit 2**).

14. A proposed order has been sent to this Court's proposed order email inbox.

**WHEREFORE**, Plaintiffs respectfully request that:

A. Judgment be entered in favor of Plaintiffs and against Defendant AJ Trucking in the aggregate amount of $28,955.20, itemized as follows:

  i. $19,088.64 in unpaid contributions and union dues for the month of April 2024;

  ii. $2,863.30 for liquidated damages resulting from its non-payment of contributions, and dues for the month of April 2024;

  iii. $1,342.17 for liquidated damages resulting from its late payment of contributions, and dues for the month of May 2024; and

  iv. $5,661.09 in reasonable attorney's fees and costs incurred by Plaintiffs pursuant to the Collective Bargaining Agreement, Trust Agreements, and 29 U.S.C. § 1132(g)(2)(D).

B. Plaintiffs have such other and further relief as the Court may deem just and equitable all at the cost of Defendant AJ Trucking pursuant to 29 U.S.C. § 1132(g)(2)(E).

Respectfully Submitted,

**PENSION FUND OF THE CEMENT MASONS UNION LOCAL NO. 502** *et al.*

/s/ Ivana Lozo - 6345902
One of Plaintiffs' Attorneys
JOHNSON & KROL, LLC
311 S. Wacker Dr., Suite 1050
Chicago, Illinois 60606
(312) 757-5472
lozo@johnsonkrol.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on December 9, 2024, a true and correct copy of the foregoing **Plaintiffs' Motion Default Judgment as to AJ Trucking, LLC** and **Proposed Order** were sent via U.S. First-Class Mail to the Defendant's Registered Agent at the address listed below:

**AJ Trucking, LLC**
c/o Illinois Corporation Service Company, Registered Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703

                                                          /s/ Ivana Lozo
                                                  One of Plaintiffs' Attorneys